## AFFIDAVIT OF HOMELAND SECURITY INVESTIGATIONS SPECIAL AGENT BRANIMIR RAKULJIC

I, Branimir Rakuljic, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of Homeland Security Investigations (HSI) and have been since September 2007. I am a graduate of the Federal Law Enforcement Training Center (FLETC), which consisted of the Criminal Investigator Training Program (CITP) and U.S. Immigration and Customs Enforcement Special Agent Training (ICESAT). I was previously assigned to the New York, NY, Quito, Ecuador, and Washington DC offices, where I conducted investigations involving drug smuggling, human smuggling and trafficking, weapons smuggling, bulk cash smuggling, credit card fraud, money laundering, child sex tourism and child exploitation. I am currently assigned to the Colorado Springs, Colorado office where I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children and human trafficking of adults and children, immigration violations and cases involving threats to federal officers. I have received advance training and on-the-job training for cases involving these crimes.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

3.    This affidavit sets forth the facts necessary to establish probable cause to believe that Felix Adalid MORENO-Hernandez has violated 18 U.S.C. § 111-assaulting, resisting, or impeding certain officers or employees where such acts involve physical contact with the victim of that assault; and 18 U.S.C. §115(a)(1)(B)-threatening to assault, kidnap or murder a Federal law enforcement officer.

### STATUTORY AUTHROITY

4.    Title 18, United States Code, Section 111 makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of title 18 while engaged in or on account of the performance of official duties.

5.    Title 18, United States Code, Section 115(a)(1)(B) makes it an offense to threaten to assault, kidnap or murder a Federal law enforcement officer whose killing would be a crime under 18 United States Code, Section 1114, with the intent to impede, intimidate, or interfere with such law enforcement officer while he was engaged in the performance of an official duty, or with the intent to retaliate against such law enforcement officer on account of the performance of official duties.  Title 18, United States Code, Section 115(c)(1) defines Federal law enforcement officer as "any officer, agent, or employee of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation , or prosecution of any violation of Federal criminal law.

### PROBABLE CAUSE

6.    On July 8, 2026, HSI Colorado Springs received a referral from federal law enforcement officers with U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (hereinafter "ERO") regarding an assault on federal officers during the pursuit

of Felix Adalid MORENO-Hernandez (Date of Birth: 1/19/1996) on Highway 83 North in Larkspur, CO.

7. ERO officers attempted to stop Moreno-Hernandez's vehicle using law enforcement vehicles with clearly visible, activated lights, and by positioning their vehicles both in front and behind his vehicle.

8. As the lead ERO vehicle slowed, MORENO-Hernandez switched into the oncoming lane of traffic to pass, sideswiped the lead ERO vehicle while maneuvering back, then passed and stopped on the roadside before fleeing on foot into a wooded area. MORENO-Hernandez's vehicle, still in drive, rolled forward and rear-ended the stopped lead ERO vehicle.

9. MORENO-Hernandez was located, taken into custody, and placed in the back of an ERO law enforcement vehicle for transport. According to multiple ERO officers' sworn statements, MORENO-Hernandez stated that he wanted to fight the officers one on one while they were taking him into custody. During transport, MORENO-Hernandez intentionally spit on all three officers inside the transport vehicle and verbally threatened to kill them after he returned in approximately a month.

10. The ERO officers stopped the vehicle to further restrain MORENO-Hernandez and apply a spit shield; during this process, he resisted as additional restraints were applied but was ultimately secured and transported for processing. While officers were applying the spit shield and additional restraints, one officer reported in his sworn statement that MORENO-Hernandez spat directly into his face as the officer placed the spit hood over MORENO-Hernandez's face.

11.    In a post-arrest interview, MORENO-Hernandez stated he recognized the lights as ICE, claimed the lead vehicle did not have its lights activated (which is contradicted by ERO), admitted to making statements but could not recall specifics, and alleged officers instructed each other to turn off cameras and assaulted him. ERO officers confirmed they did not have cameras.

12.    Based upon the evidence set forth herein, this affiant submits that there is probable cause to believe that Felix Adalid MORENO-Hernandez violated Title 18, United States Code § § 111 and 115, when he intentionally assaulted multiple federal immigration (ERO) officers by spitting on them and by threatening to assault and or kill them while engaged in or on account of the performance of their official duties

*s/Branimir Rakuljic*

Branimir Rakuljic
Special Agent
Homeland Security Investigations

Sworn to and subscribed to before me via telephone on this 10th day of July, 2026.

The Honorable Scott T. Varholak
Chief, United States Magistrate Judge
District of Colorado