AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2026 JUL 15 PM 1:31
JEFFREY P. COLWELL
CLERK
BY_______DEP. CLK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.
Felix Adalid MORENO-Hernandez

*Defendant*

Case No. 26 mj 141 STV

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Felix Adalid MORENO-Hernandez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§111 and 115 Assaulting Federal Officers and Threatning Federal Officers

Date: July 10, 2026

*Issuing officer's signature*

City and state: Denver, Colorado

Scott T. Varholak, Chief U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/13/26 7/10/26 B.R. , and the person was arrested on *(date)* 7/13/26
at *(city and state)* ______

Date: 7/13/26

*Arresting officer's signature*

Branimir Rakuljic / SA
*Printed name and title*