IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 26-mj-00141-STV

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FELIX ADALID MORENO-HERNANDEZ,

      Defendant.

_____

**NOTICE OF FILING**
_____

      Mr. Felix Adalid Moreno-Hernandez, by and through his attorney, Assistant Federal Public Defender Kristin Whitaker, hereby submits this notice of filing that includes materials (Exhibits A-D) for the Detention Hearing on July 22, 2026.

      Respectfully submitted,

      MATTHEW K. BELCHER
      Interim Federal Public Defender


      */s/ Kristin Whitaker*
      KRISTIN WHITAKER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, Colorado 80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: Kristin_Whitaker@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2026, I electronically filed the foregoing ***Notice of Filing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Brian Dunn, Assistant United States Attorney
Email: brian.dunn@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

Felix Adalid Moreno-Hernandez (*held on file*)

*/s/ Kristin Whitaker*
KRISTIN WHITAKER
Assistant Federal Public Defender