

# Federal Public Defender
## District of Colorado

**Matthew K. Belcher, Interim Federal Public Defender**
Mary V. Butterton, First Assistant
Dean Sanderford, Chief, Appeals
John C. Arceci, Senior Counsel

633 17th Street
Suite 1000
Denver, CO 80202

**Phone:** 303-294-7002
**Fax:** 303-294-1192
**Web:** co.fd.org

# MEMORANDUM

DATE:       July 20, 2026

TO:         Kristin Whitaker

FROM:       Anna Bibulowicz

CASE:       MORENO-HERNANDEZ, Felix Adalid (26-mj-00141-STV)

RE:         Vehicle Photos and Videos

On July 17, 2026 at approximately 2:10pm I visited West Side Towing located at 1040 Atchinson Ct in Castle Rock CO 80109 in order photograph and video the vehicle involved in this case, a 2005 White Chevrolet Astro Van with license plate ELG-B01. I located the vehicle and took photos of all sides of the vehicle. Additionally, I recorded a walk around video of the vehicle.

I observed virtually no damage to the very front of the vehicle but did observe damage on the driver's left side front fender of the vehicle right behind the left headlight with what appears to be black paint transfer. I also observed damage along the right side of the vehicle spanning from the front passenger door, across the back passenger door, and ending just below the rear right taillight with what appears to be black paint transfer. Lastly, I observed what appears to be an old dent below the left taillight and another dent on the bottom left of the back bumper of the vehicle.



DEFENDANT'S
EXHIBIT

B

26-mj-00141-STV









