

# Federal Public Defender
## District of Colorado

**Matthew K. Belcher, Interim Federal Public Defender**
Mary V. Butterton, First Assistant
Dean Sanderford, Chief, Appeals
John C. Arceci, Senior Counsel

633 17th Street
Suite 1000
Denver, CO 80202

**Phone:** 303-294-7002
**Fax:** 303-294-1192
**Web:** co.fd.org

# MEMORANDUM

DATE:       July 21, 2026

TO:         Kristin Whitaker

FROM:       David Staub

RE:         Moreno Hernandez: **Phone interview with Marcos Antonio Vasquez-Cruz**

On July 21 at approximately 11:45 a.m. I along with Kristin Whitaker conducted a phone interview with Marcos Antonio Vasquez-Cruz (herein after referred to as "Marcos").  Language Line Solutions served as the interpreter for the call. We reached Marcos at 011-504-9278-4291.  We explained to Marcos that we work for the Office of the Federal Public Defender, District of Colorado and represent Felix Moreno Hernandez (herein after referred to as "Felix") in his criminal case.  Marcos stated that he understood our position and agreed to take part in an interview.  Below is a summary of our conversation.

- Marcos stated that on the date of the arrest he was in a vehicle with Felix traveling to work on Highway 83.
- Marcos stated that Felix was driving the vehicle and he was the passenger.
- Marcos explained another vehicle recklessly pulled in front of their vehicle cutting them off.  Marcos stated that Felix did not have enough time to avoid a collision.  Marcos was unable to recall where the impact of the collision occurred.
- Marcos stated that the vehicle did not have any emergency lights or sirens activated at the time of the collision.  Marcos is under the impression that the vehicle that caused the collision was black.
- Marcos stated that Felix continued driving for about a mile after the collision.



DEFENDANT'S EXHIBIT

C

26-mj-00141-STV

- Marcos explained that they realized that it was law enforcement after the collision because there were several vehicles following them and that is when the emergency lights were deployed. He stated there were no sirens.
- Marcos stated that Felix pulled over and that they both took off running in different directions.
- Marcos stated that once Felix pulled the vehicle over the vehicle was stopped and did not continue to move.
- Marcos described the area as being open like a ranch.
- Marcos stated that he was apprehended first, and he saw Felix being arrested.
- Marcos stated that he was placed inside a law enforcement vehicle.
- Marcos stated that he could hear Felix being arrested, but that the officers had moved him by a truck and he was not able to see what was going on.
- Marcos stated that he never saw or heard Marcos make any threats to the officers.
- Marcos stated that he could not see any physical alteration while he was inside the car and Felix was near a truck.
- Marcos stated that at no point did he see a hood or bag over Felix's face and head.
- Marcos stated that they were initially transported somewhere in Colorado Springs. He stated that while they were being transported, Felix told him that the officers had beaten him up. He stated that Felix also informed him that he heard an agent tell another agent to turn off their camera before they started to assault him.
- Marcos stated that once they were at the detention center, he saw scratches, bruises, and/or abrasions throughout Felix's torso and back.
- Marcos believes that Felix was taken to the medical department.
- Marcos stated that he did not see Felix again.
- Marcos was unable to recall his A-Number.
- Marcos provided his date of birth as April 25, 2007.
- Marcos provided permission to call back with follow up questions.

END REPORT