IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  26-CR-00172-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX ADALID MORENO-HERNANDEZ,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about July 8, 2026, in the State and District of Colorado, the Defendant, FELIX ADALID MORENO-HERNANDEZ, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer, to wit: T.T., D.T., and D.F., Immigration and Customs Enforcement Removal Officers, who were then engaged in the performance of their official duties; and in doing so made physical contact with said federal law enforcement officers, to wit: Defendant intentionally spit on T.T., D.T., and D.F.

All in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2

On or about July 8, 2026, in the State and District of Colorado, the Defendant,

FELIX ADALID MORENO-HERNANDEZ, intentionally willfully and unlawfully did threaten to assault and murder a federal law enforcement officer and did so with the intent to impede, intimidate, interfere with and retaliate against the officer, while the officer was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: s/ Brian Dunn
Brian Dunn
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Brian.Dunn@usdoj.gov
Attorney for the United States

2